GOODNOW v. WALCOTT.

SAME v. McALPINE.

1. Goodnow v. Chapman, ante, p. 602, followed.

*Appeal from Webster District Court.*

FRIDAY, OCTOBER 24.

BY THE COURT. The facts and questions of law involved in these cases are identical with those involved in the case of *Edward K. Goodnow v. R. B. Chapman* decided at the present term. The same decision and judgment will be entered in each of these cases as was entered in that case.

REVERSED.